JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RUBIN A. WILLIAMS,                    ) No. CV 10-6161 CJC (JCG)
                                      )
          Petitioner,                 ) JUDGMENT
                                      )
     v.                               )
                                      )
WARDEN,                               )
                                      )
          Respondent.                 )
                                      )
_____      )

    Pursuant to the Order Denying Request for Extension of Time to File Habeas Petition and Summarily Dismissing Action Without Prejudice, **IT IS ADJUDGED** that this action is dismissed without prejudice.


DATED: August 30, 2010          _____
                                        CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE