**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBIN A. WILLIAMS,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent. | No. CV 10-6161 CJC (JCG)<br><br>JUDGMENT |

Pursuant to the Order Denying Request for Extension of Time to File Habeas Petition and Summarily Dismissing Action Without Prejudice, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: December 13, 2010             _____

                                                            CORMAC J. CARNEY<br>                                                     UNITED STATES DISTRICT JUDGE